B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Ohio (Cincinnati) _____

In re Taryn L. Parsons _____, Case No. 1:15-bk-14312 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association, as Trustee of the SCIG Series III Trust
_____
Name of Transferee

Fay Servicing, LLC as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o SN Servicing Corporation
323 5th Street
Eureka CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 8135

Court Claim # (if known): 12
Amount of Claim: $97,007.34
Date Claim Filed: 03/07/2016

Phone: 800-495-7166
Last Four Digits of Acct. #: 7768

Name and Address where transferee payments should be sent (if different from above):

SN Servicing Corporation
PO Box 660820
Dallas, TX 75266

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves _____    Date: 1/25/2018 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

January 4, 2018

TARYN PARSONS
3460 JESSUP RD
CINCINNATI OH  45239

RE:  **New Loan Number:** ▮▮▮▮▮▮▮▮
     Old Loan Number: ▮▮▮▮▮▮
     Collateral: 3460 JESSUP ROAD; CINCINNATI OH

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred.  If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605).  When a state law requires this notice, this notice is being provided to you under state law.  When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Fay Servicing, LLC to SN Servicing Corporation for SCIG Series III Trust, effective December 27, 2017.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Fay Servicing, LLC, Attn: Customer Service Department
PO Box 809441, Chicago, IL 60680-9441. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (800) 495-7166 Monday through Thursday, between 8:00 a.m. and 9:00 p.m., Friday between 8:30 a.m. and 5:00 p.m. and Saturday between 10:00 a.m. and 4:00 p.m. Central Time.  This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Kathy Watson at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is December 26, 2017.  The date that your new servicer will start accepting payments from you is  December 27, 2017.  Send all payments on or after December 27, 2017 to your new servicer.

**Make your payments payable to:**     SN Servicing Corporation

**Mail your payments to:**     SN Servicing Corporation
                               PO BOX 660820
                               DALLAS, TX 75266-0820

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage.  You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of __Ohio (Cincinnati)_____

In re __Taryn L. Parsons_____,    Case No. __1:15-bk-14312____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __12___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __1/31/2018__ (date).

Name of Alleged Transferor

Fay Servicing, LLC as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee

Name of Transferee

US Bank Trust National Association, as Trustee of the SCIG Series III Trust

Address of Alleged Transferor:

PO Box 809441
Chicago, IL 60680

Address of Transferee:

c/o SN Servicing Corporation
323 5th Street
Eureka CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                           _____
                                          **CLERK OF THE COURT**